FRANK NORDONE, Appellant, v. TOWN OF HUNTINGTON and Others, Respondents.— Judgment unanimously affirmed, with one bill of costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAYTON HEDGES, Appellant.— Judgment affirmed, with costs. The defendant paid the principal and withheld the interest incident to it, while the law demanded him to pay. The withholding was not an inadvertence, but an unlawful insistence of ownership. It does not require a demand to convert a rightful possession into a wrongful holding, when a public officer, in breach of the demand which the statute* puts upon him, keeps and retains as his own the funds of a town. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KOENIGSBERG, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. SEELAND, Appellant.— Judgment of conviction of the County Court of Richmond county reversed and a new trial ordered, upon the ground that there is no such satisfactory evidence supporting the testimony of the complainant as is required by section 2013 of the Penal Law. (*People* v. *Page*, 162 N. Y. 272; *People* v. *Smith*, 114 App. Div. 513; *People* v. *Plath*, 100 N. Y. 590.) Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, v. JOHN J. BRADY and Others, as Commissioners, etc., Appellants. Taxes of 1906.— Final order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Kelly at Special Term. (Reported in 104 Misc. Rep. 703.) Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, v. LAWSON PURDY and Others, as Commissioners, etc., Appellants. Taxes of 1907 and 1909.— Final orders affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Kelly at Special Term. (Reported in 104 Misc. Rep. 703.) Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CUNNINGHAM REALTY COMPANY and THE AMERICAN MANUFACTURING COMPANY, Respondents, v. LAWSON PURDY and Others, as Commissioners, etc., Appellants. Taxes of 1908, 1910, 1911 and 1912.— Final orders affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Kelly at Special Term. (Reported in 104 Misc. Rep. 703.) Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

---

* See Town Law (Consol. Laws, chap. 62; Laws of 1909, chap. 63), § 91, as amd. by Laws of 1909, chap. 491.— [REP.